IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUANITA WILLIAMS,

    Plaintiff,                      CIV S-07-1746 KJM PS

    vs.

MICHAEL J. ASTRUE,                <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social Security,

    Defendant.

_____/

       The parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

       An answer was filed in this action on February 25, 2008. Plaintiff is reminded that under the scheduling order, plaintiff must file a motion for summary judgment no later than April 10, 2008.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Within 10 days from the date this order is filed, plaintiff is directed to SHOW CAUSE why the form was not timely returned to the Clerk. Alternatively, plaintiff may respond to the order to show cause by returning the form titled "Consent to Assignment or Request for Reassignment."

1

1       2. The Clerk of Court is directed to send to plaintiff the form titled "Consent to
2  Assignment or Request for Reassignment."
3  DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

006
williams.osc