IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUANITA WILLIAMS,

        Plaintiff,        CIV S-07-1746 KJM PS

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

ORDER AND

FINDINGS AND RECOMMENDATIONS

_____/

        By order filed August 30, 2007, the parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

        By order filed March 3, 2008, plaintiff was ordered to show cause why the form was not timely returned to the Clerk. Plaintiff has not responded to that order.

        Also by the August 30, 2007 order, plaintiff was directed to file a motion for summary judgment within forty-five days of the filing of an answer. An answer was filed in this action on February 25, 2008. Plaintiff was reminded in the March 3, 2008 order that under the scheduling order, plaintiff must file a motion for summary judgment no later than April 10, 2008. That time has now passed and again plaintiff has failed to comply with the court's order.

/////

1

1  Plaintiff has now failed to comply with three of the court's orders. It appears
2 plaintiff has abandoned this litigation.
3  Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to
4 assign a district judge to this action; and
5  IT IS HEREBY RECOMMENDED that this action be dismissed.
6  These findings and recommendations are submitted to the United States District
7 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
8 days after being served with these findings and recommendations, plaintiff may file written
9 objections with the court. The document should be captioned "Objections to Magistrate Judge's
10 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
11 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
12 F.2d 1153 (9th Cir. 1991).
13 DATED: April 16, 2008.

_____
U.S. MAGISTRATE JUDGE

006
williams.dlop