IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUANITA WILLIAMS,

    Plaintiff,                           CIV S-07-1746 WBS KJM PS

    vs.

MICHAEL J. ASTRUE,                  <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        On April 16, 2008, the undersigned recommended this action be dismissed because of plaintiff's failure to comply with three of the court's orders and because it appeared plaintiff had abandoned this litigation. Plaintiff has filed objections and asserts she has not abandoned this litigation. Plaintiff has not, however, filed a motion for summary judgment in compliance with the court's scheduling order. Plaintiff will be granted one final opportunity to appropriately prosecute this litigation.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The April 16, 2008 findings and recommendations are vacated.

        2. Plaintiff is granted an extension of time to June 27, 2008 to file a motion for summary judgment. Plaintiff is reminded that under the scheduling order, the brief in support of the motion for summary judgment must contain the following:

1

(a) a plain description of plaintiff's alleged physical or emotional impairments, the date on which plaintiff contends the impairments became disabling, and how the impairments disable plaintiff from work;

(b) a summary of the administrative proceedings before the Secretary of Health and Human Services;

(c) a summary of relevant medical evidence including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy;

(d) a summary of the relevant testimony at the administrative hearing;

(e) a recitation of the Secretary's findings and conclusions relevant to plaintiff's claims;

(f) a short, separate statement of each of plaintiff's legal claims stated in terms of the insufficiency of the evidence to support a particular finding of fact or reliance upon an erroneous legal standard; and

(g) argument separately addressing each claimed error.

3. Failure to comply with this order shall result in a recommendation that this action be dismissed.

DATED: May 20, 2008.

_____
U.S. MAGISTRATE JUDGE

006
williams.vac