IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAI TOI WILLIAMS o/b/o
JUANITA WILLIAMS, a minor

        Plaintiff,               CIV S-07-1746 WBS KJM PS

    vs.

MICHAEL J. ASTRUE,           <u>ORDER</u>
Commissioner of Social Security,

        Defendant.
_____/

        This action, seeking judicial review of a final decision of the Commissioner of Social Security, was filed pro se on behalf of a minor child. A minor can only proceed if represented by counsel. <u>Johns v. County of San Diego</u>, 114 F.3d 874 (9th Cir. 1997). Plaintiff will therefore be granted thirty days in which to obtain counsel.

        Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to obtain counsel and file a substitution of attorneys. Failure to obtain counsel will result in a recommendation this action be dismissed without prejudice.

DATED: June 5, 2008.

_____
U.S. MAGISTRATE JUDGE

006 / williams.minor

1