1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANITA WILLIAMS** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>)<br>_____ ) | Case No.  CIV-07- 1746 KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to August 22, 2008.  This extension is required due to Plaintiff's counsel's very heavy briefing schedule and the fact that she just received the 600+ page record and entered the case.

26 / / / /

27 / / / /

28 / / / /

1

1
2  Dated: June 23, 2008                    */s/Bess M. Brewer*
                                           BESS M. BREWER
3                                          Attorney at Law
4                                          Attorney for Plaintiff
5
6
7  Dated: June 23, 2008                    McGregor W. Scott
                                           United States Attorney
8
                                           /s/   Mark Win
9                                          MARK WIN
10                                         Special Assistant U.S. Attorney
                                           Social Security Administration
11
                                           Attorney for Defendant
12
13
                                                **ORDER**
14
15 APPROVED AND SO ORDERED.

16 DATED:  June 26, 2008.

17
18
19                                         _____
                                           U.S. MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28

2