1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUANITA WILLIAMS** ) | Case No.  CIV-07- 1746 KJM |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to from September 30, 2008 to October 7, 2008.  This extension is required due to Plaintiff's counsel's very heavy briefing schedule and length of the record (600+pages).

/ / / /

/ / / /

/ / / /

Dated: September 30, 2008          */s/Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


Dated: September 30, 2008          McGregor W. Scott

                                   United States Attorney

                                   /s/   Mark Win
                                   MARK WIN

                                   Special Assistant U.S. Attorney
                                   Social Security Administration

                                   Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: October 1, 2008.


_____
U.S. MAGISTRATE JUDGE

2